NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1525

LOUISIANA BOARD OF MASSAGE THERAPY

VERSUS

RITA RAE FONTENOT, DPM, ET AL.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT,
PARISH OF CALCASIEU, NO. 98-3310,
HONORABLE DAVID A. RITCHIE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

MICHAEL G. SULLIVAN
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Oswald A. Decuir, Michael G. Sullivan, and James T. Genovese, Judges.

MOTION TO DISMISS DENIED.

CELIA R. CANGELOSI
918 Government Street, Suite 101
Post Office Box 3036
Baton Rouge, LA 70821-0511
(225) 387-0511
COUNSEL FOR LOUISIANA BOARD OF MASSAGE THERAPY

GEORGE J. TATE
117 Concord Street
Post Office Box 817
Abbeville, LA 70511-0817
(337) 893-8335
COUNSEL FOR RITA RAE FONTENOT